# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2017

### NO. 03-17-00327-CR

**Timothy Anthony, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
DISMISSED ON APPELLANT'S MOTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the trial court. Timothy Anthony has filed a motion to dismiss his appeal. Therefore, the Court grants the motion, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.